# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PATRICIA L. HAMMONS | : | No. 458 EAL 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| ETHICON, INC. AND JOHNSON & | : | |
| JOHNSON; GYNECARE; SECANT | : | |
| MEDICAL; SECANT MEDICAL INC.; | : | |
| PRODESCO, INC.; AND SECANT | : | |
| MEDICAL, LLC | : | |
| | : | |
| | : | |
| PETITION OF: ETHICON, INC. AND | : | |
| JOHNSON & JOHNSON | : | |
| | | |
| SHARON CARLINO AND CHARLES | : | No. 111 EM 2018 |
| CARLINO | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ETHICON, INC. AND JOHNSON & | : | |
| JOHNSON AND GYNECARE; SECANT | : | |
| MEDICAL; SECANT MEDICAL INC., | : | |
| PRODESCO, INC.; AND SECANT | : | |
| MEDICAL LLC | : | |
| | : | |
| | : | |
| PETITION OF: ETHICON, INC. AND | : | |
| JOHNSON & JOHNSON | : | |
| | | |
| IN RE: PELVIC MESH LITIGATION | : | No. 112 EM 2018 |
| | : | |
| | : | |
| PETITION OF: ETHICON, INC.AND | : | |
| JOHNSON & JOHNSON | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 10ᵗʰ day of April, 2019, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues. The issue as stated by Petitioner is:

> Whether the Due Process Clause of the Fourteenth Amendment to the United States Constitution and 42 Pa.C.S. § 5322(c) precludes Pennsylvania from asserting personal jurisdiction over two New Jersey companies in a case brought by an Indiana resident asserting claims under the Indiana Product Liability Act.

The Petitions at 111 EM 2018 and 112 EM 2018 for Extraordinary Relief and/or King's Bench Jurisdiction are **DENIED**.